UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
August 8, 2012 11:33 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY ald / _____ SCANNED BY: /

KEITH RUSSELL JUDD #11593-051,

    Plaintiff,

v.

MICHIGAN SECRETARY OF STATE, et al,

    Defendants.
_____/

Case No. 1:11-cv-00553

Hon. Robert Holmes Bell

## ORDER REJECTING PLEADING

The Court has examined the following document received August 6, 2012, and orders the Clerk to reject the "Motion for Relief from Judgment or Order under 24th Amendment and Motion to Amend for Court Order to Register All Convicted and Incarcerated Felons to Vote in All Federal Elections and Caucuses and Democratic National Convention and for Order to Remove Barack Obama from State's 2012 Presidential Primary Election Ballot/Caucus and Award All Delegates to Plaintiff Keith Russell Judd, Democratic Presidential Candidate" and return the document to plaintiff Judd for the reason noted below:

Pursuant to the Order entered July 15, 2011, this case is now closed.

IT IS SO ORDERED.

Dated: 8/8/2012
gjf

Joseph G. Scoville
United States Magistrate Judge

&lt;For Court Use Only&gt;
☐ The Clerk shall accept the pleading(s) for filing _____ Dated: _____